| | |
|---|---|
| 1 | LYNN HUBBARD, III, SBN 69773 |
| | SCOTTLYNN J HUBBARD IV, SBN 212970 |
| 2 | LAW OFFICES OF LYNN HUBBARD, III |
| | 12 WILLIAMSBURG LANE |
| 3 | CHICO, CA 95926 |
| | Telephone:  (530) 895-3252 |
| 4 | Fax:  (530) 894-8244 |
| 5 | Attorneys for Plaintiff |
| 6 | PHILLIP BONOTTO SBN 109257 |
| | RUSHFORD & BONOTTO |
| 7 | 2277 Fair Oaks Boulevard, Suite 495 |
| | Sacramento, CA 95825 |
| 8 | Telephone: (916) 565-0590 |
| | Facsimile: (916) 565-0599 |
| 9 | |
| 10 | Attorneys for Defendant |
| 11 | JULIE RANEY SBN 176060 |
| | MCDONOUGH HOLLAND & ALLEN |
| 12 | 555 Capitol Mall, 9th Floor |
| | Sacramento, Ca 95814 |
| 13 | Telephone: (916) 444-3900 |
| | Facsimile: (916) 444-3249 |
| 14 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD, | Case No. CIV. S 04-2045 DFL JFM |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL AND ORDER THEREON** |
| HOLLYWOOD ENTERTAINMENT CORPORATION dba HOLLYWOOD VIDEO #005-669; GEORGE TSAKOPOULOS and DROSOULA TSAKOPOULOS, Trustees of the TSAKOPOULOS FAMILY TRUST; and DOES 1 through 10, | |
| Defendants. _____/ | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD, and defendants, HOLLYWOOD ENTERTAINMENT CORPORATION dba HOLLYWOOD VIDEO #005-669 and GEORGE TSAKOPOULOS and DROSOULA TSAKOPOULOS, Trustees of the TSAKOPOULOS FAMILY TRUST, the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: _____, 2005       LAW OFFICES OF LYNN HUBBARD, III

/s/Scottlynn J. Hubbard, IV
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff

Dated: _____, 2005       RUSHFORD & BONOTTO

<u>Signature on file</u>
PHILLIP BONOTTO
Attorneys for Defendant Hollywood Entertainment Corporation dba Hollywood Video #005-669

Dated: _____, 2005       MCDONOUGH HOLLAND & ALLEN

<u>Signature on file</u>
JULIE RANEY
Attorneys for Defendant George Tsakopoulos and Drosoula Tsakopoulos, Trustees of the Tsakopoulos Family Trust

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-2045 DFL JFM, is hereby dismissed with prejudice.

Dated: August 3, 2005       /s/ Frank C. Damrell Jr.
United States District Court Judge
For the Honorable David F. Levi